# United States District Court

Western DISTRICT OF Massachusetts

Oscar Reyes d/b/a Osqui Supermarket

V.

United States of America

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 03-30295-KPN

TO: (Name and address of defendant)
United States of America
Attorney General

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Moriarty
245 High Street
Holyoke, MA 01040

an answer to the complaint which is herewith served upon you, within __sixty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_/s/_ February 11, 2004
DATE

_/s/_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE Feb 13, 2004 |
| NAME OF SERVER (PRINT) Michael J Mociarty | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Delivered a copy of Summons & Complaint by Certified Mail as directed by FRCP 4(c)(1)(B)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb 13, 2004    _Michael J M_____
            Date             Signature of Server

245 High St Holyoke MA 01040
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

Western _____ DISTRICT OF _____ Massachusetts

Oscar Reyes d/b/a Osqui Supermarket

SUMMONS IN A CIVIL CASE

V.

United States of America

CASE NUMBER: CA 03-30295-KPN

TO: (Name and address of defendant)

United States of America
~~Attorney General~~
UNITED STATES ATTORNEY, Civil Process Clerk
1550 Main St Rm 301
Springfield, MA 01103

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Moriarty
245 High Street
Holyoke, MA 01040

an answer to the complaint which is herewith served upon you, within ___sixty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

February 11, 2004
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Feb 13, 2004 |
| NAME OF SERVER (PRINT) Michael J Moriarty | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Delivering a copy of the Summons + Complaint by Certified mail as Directed FRCP 4(i)(1)(A)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb 19, 2004
Date

Signature of Server

245 High St, Holyoke, MA 01040
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

Western DISTRICT OF Massachusetts

Oscar Reyes d/b/a Osqui Supermarket

V.

United States of America

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 03-30295-KPN

TO: (Name and address of defendant)

United States of America
Department of Agriculture
Food & Nutrition Service

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Moriarty
245 High Street
Holyoke, MA 01040

an answer to the complaint which is herewith served upon you, within ___sixty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_(signature)_
(BY) DEPUTY CLERK

February 11, 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  **DATE** Feb 19, 2004

NAME OF SERVER (PRINT) Michael J Moriarty    TITLE Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Delivering a copy of the summons & Complaint by Certified mailing as Directed by FRCP 4(i)(i)(c)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb 19, 2004
          Date                    Signature of Server

245 High St, Holyoke MA 01040
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

Western DISTRICT OF Massachusetts

Oscar Reyes d/b/a Osqui Supermarket

SUMMONS IN A CIVIL CASE

V.

United States of America

CASE NUMBER: CA 03-30295-KPN

TO: (Name and address of defendant)
United States of America
Attorney General

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Michael J. Moriarty
245 High Street
Holyoke, MA 01040

an answer to the complaint which is herewith served upon you, within __sixty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

February 11 2004
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: Feb 13, 2004

NAME OF SERVER (PRINT): Michael J Mokrzainy

TITLE: Attorney

Check one box below to indicate appropriate method of service

- [ ] Served personally upon the defendant. Place where served: _____

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [x] Other (specify): Delivered a copy of Summons & Complaint as Directed by FRCP 4(i)(1)(B), By Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb 13, 2004

Signature of Server: [signature]

Address of Server: 245 High St, Holyoke MA 01040

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.