AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

OSCAR REYES d/b/a
OSQUI SUPERMARKET

v.

UNITED STATES OF AMERICA

APPEARANCE

Case Number: 03-30295-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant.

I certify that I am admitted to practice in this court.

April 16, 2004
Date

Signature

Karen L. Goodwin      549398
Print Name            Bar Number

1550 Main Street, Room 310
Address

Springfield, MA   01103-1422
City         State           Zip Code

413-785-0269          413-785-0394
Phone Number          Fax Number