# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | | |
|---|---|---|
| OSCAR REYES, d/b/a/ | ) | <u>JUDGMENT IN A CIVIL CASE</u> |
| "Osqui Supermarket," | ) | |
|       Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-30295-KPN |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|       Defendant | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for Defendant, United States of America, in accord with the

court's May 7, 2004 Electronic Order allowing without opposition Defendant's Motion to

Dismiss.

<u>May 10, 2004 </u>
Date

<u>  Tony Anastas           </u>
Clerk

By:    <u>  /s/ Bethaney A. Healy     </u>
           Deputy Clerk